UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**KYLE ARDOIN,** in his official capacity as Secretary of State for the State of Louisiana,<br><br>*Defendant*. | Civil Action<br><br>No. 3:22-81-JWD-RLB |

## ORDER

Considering the Unopposed Motion to Stay Proceedings and Deadlines filed by Plaintiff Public Interest Legal Foundation,

**IT IS HEREBY ORDERED** that these proceedings and all deadlines are stayed and this matter is administratively closed. Either party may move to lift this stay by filing a motion to reopen the proceeding.

Signed __6th__ day of __April__ 2022.

_____
Honorable John W. deGravelles, Judge
MIDDLE DISTRICT OF LOUISIANA

1